IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | PO 20-5012-BLG-TJC |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| ERIC BOYLE, | Violation No. F5362751 |
| Defendant. | Location Code: M6H |

Upon motion of the United States, and good cause appearing,

IT IS HEREBY ORDERED that the motion to dismiss Violation Notice F5362751 with prejudice is GRANTED.  (Doc. 3.)   This matter is dismissed, with prejudice as fully adjudicated.

DATED this 4th day of May, 2020.

TIMOTHY J. CAVAN
United States Magistrate Court Judge

1